FILED

2014 Jan-13  AM 10:25
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| SUEANN SWANEY, on behalf of plaintiff and the class defined below,<br><br>      Plaintiff,<br><br>v.<br><br>REGIONS BANK,<br><br>      Defendant. | CIVIL ACTION NO.<br>2:13-cv-00544-JHE |

## STATUS UPDATE

Plaintiff and Defendant in the above captioned matter, by and through undersigned counsel, jointly submit the following status update, in accordance with the Court's Order entered on November 6, 2013 (Dkt. No. 19).

The 60-day stay entered by the Court in its November 6, 2013 Order has expired.  The Eleventh Circuit has not issued an opinion in *Breslow v. Wells Fargo Bank, N.A.*, Docket No. 12-14564.  Defendant Regions Bank believes that judicial economy is best served by a further stay of 60 days pending the Eleventh Circuit's  decision in *Breslow*, particularly given that lack of any prejudice to plaintiff from continuing the stay.  Plaintiff renews its contention that Breslow is not dispositive of the issues in this matter and that a third stay will unfairly prejudice the plaintiff and putative class members.

Dated: January 13, 2014

By: s/ Micah S. Adkins

Micah S. Adkins (ASB-8639-I48A)
Burke, Harvey & Frankowski, LLC
2151 Highland Avenue, Suite 120
Birmingham, Alabama 35205
Telephone: 1(205) 747-1902
Facsimile:  1(205) 930-9054

William Peerce Howard
Morgan & Morgan, Tampa P.A.
One Tampa City Center
201 N. Franklin St., 13th Floor
Tampa, Florida 33602
Telephone: 1(813) 223-5505
Facsimile:  1(813) 223-5402
*Attorney for Plaintiff*

Cathleen M. Combs
Edelman, Combs, Latturner & Goodwin, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
Telephone: 1(312) 739-4200
Facsimile: 1(312) 419-0379

*Attorneys for Plaintiff*

By: s/ Maibeth J. Porter

Maibeth J. Porter (ASB-3915-O40M)
Joshua B. Baker (ASB-5105-S72B)
OF COUNSEL
Maynard, Cooper & Gale, P.C.
2400 Regions/Harbert Plaza
1901 6th Ave. North
Birmingham, Alabama 35203
Telephone:  1(205) 254-1000
Facsimile:   1(205) 254-1999

Robin L. McGrath, Ga. Bar No. 493115
(admitted *pro hac vice*)
Edward J. Benz, III, Ga. Bar No. 344010
(admitted *pro hac vice*)
Andrea J. Pearson, Ga. Bar No. 409604
(admitted *pro hac vice*)
PAUL HASTINGS LLP
1170 Peachtree Street, N.E.
Suite 100
Atlanta, GA  30309
Telephone:        1(404) 815-2400
Facsimile:        1(404) 815-2424

*Attorneys for Defendant*
*Regions Bank*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing pleading has been served upon all counsel of record via the CM/ECF electronic filing system on this the 13th day of January, 2014.

s/ Maibeth J. Porter
OF COUNSEL