# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| SUEANN SWANEY, | ) |
| Plaintiff, | ) |
| v. | ) Case Number: 2:13-cv-0544-JHE |
| REGIONS BANK, | ) |
| Defendant. | ) |

## ORDER

This action has been stayed since June 7, 2013, awaiting the Eleventh Circuit Court of Appeals' decision in *Breslow v. Wells Fargo Bank, N.A.*, Case No. 12-14564. On April 7, 2014, the parties submitted status reports, indicating a willingness to move forward in this action while awaiting the outcome in *Breslow*. (Doc. 21 & 22).

On April 26, 2013, Plaintiff Sueann Swaney ("Swaney") moved for class certification pursuant to Federal Rule of Civil Procedure 23. (Doc. 7). At that time, Swaney also moved to continue briefing and disposition of the motion for class certification until limited discovery could be completed. (Doc. 8). Finding good cause, Swaney's motion to continue briefing and disposition is GRANTED. The undersigned reserves decision regarding limited discovery at this time.

This case is set for a status conference at **2:00 p.m.** on **Thursday, May 8, 2014**, to discuss lifting the stay, in whole or part, any necessary briefing on potentially case dispositive issues and whether and to what extent any limited discovery may be required to assist in the resolution of these issues and class certification issues. Local counsel for each party must attend.

1

To the extent out-of-town counsel wish to participate, they are DIRECTED to call **(205) 278-2186** (local) or **1-866-933-0528** (long-distance) to access the status conference via telephone. The meeting ID is **1124**. The parties are expected to meet and confer *prior to the status conference* to develop a proposal concerning a schedule for presenting potentially case dispositive issues to the court and any limited discovery that may be required on these issues as well as Swaney's class certification motion.

DONE this 8th day of April 2014.

_____
JOHN H. ENGLAND, III
UNITED STATES MAGISTRATE JUDGE