## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| SUEANN SWANEY, | ) |
| Plaintiff, | ) |
| v. | ) Case Number: 2:13-cv-0544-JHE |
| REGIONS BANK, | ) |
| Defendant. | ) |

## ORDER

On May 8, 2014, the undersigned held a status conference to discuss lifting the stay, in whole or part, any necessary briefing on potentially case dispositive issues, and whether and to what extent any limited discovery may be required to assist in resolving these issues and class certification issues.

**I.  Lifting the Stay**

On June 7, 2013, the magistrate judge to whom this was previously assigned stayed this action, initially only for sixty days, awaiting the Eleventh Circuit Court of Appeals' decision in *Breslow v. Wells Fargo Bank, N.A.*, Case No. 12-14564, to resolve the "called party" issue. In light of the Eleventh Circuit's holding on the "called party" issue in *Osorio v. State Farm Bank, F.S.B.*, No. 13-10951, 2014 WL 1258023 (11th Cir. Mar. 28,2014), the Clerk is **DIRECTED** to **LIFT** the stay. The possibility the Eleventh Circuit may enter an opinion in *Breslow* on this issue that conflicts with its holding in *Osorio* is small and does not warrant a further stay of this action.

## II. Limited Discovery on Potentially Case Dispositive Issues

At the status conference the parties agreed to limited discovery on (a) whether Regions' system is an "automatic telephone dialing system" as defined by the Telephone Consumer Protection Act and (b) whether there is an identifiable class. Accordingly, the undersigned **SETS** the following deadlines:

- The parties are **ORDERED** to jointly file a proposed protective order by **Friday, May 23, 2014**.

- Regions Bank is **ORDERED** to produce the documents agreed upon at the status conference, including its contract with the third-party vendor responsible for its system and any marketing materials by **Friday, June 9, 2014**.

- Thereafter, Swaney may seek discovery from the third-party related to issues articulated above. This discovery is anticipated to include document requests and a deposition.

This case is **SET** for a telephone status conference on **Thursday, July 10, 2014** at **2 PM.** The parties are **DIRECTED** to call **(205) 278-2186** (local) or **1-866-933-0528** (long-distance) to access the status conference via telephone. The meeting ID is **1124**.

DONE this 9th day of May 2014.

_____
**JOHN H. ENGLAND, III**
UNITED STATES MAGISTRATE JUDGE