# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| SUEANN SWANEY, ) <br> on behalf of plaintiff and the class defined ) <br> below, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> REGIONS BANK, ) <br> ) <br> Defendant. ) | Case No.: 2:13-cv-00544-JHE |

## EVIDENTIARY SUBMISSION IN SUPPORT OF
## PLAINTIFF'S PARTIAL MOTION FOR SUMMARY JUDGMENT

Plaintiff submits the following exhibits in support of her Motion for Partial Summary Judgment:

Exhibit A    Affidavit of Plaintiff SueAnn Swaney
Exhibit B    Mai-Swaney 658-664 (Filed Under Seal)
Exhibit C    Mai-Swaney 665-667 (Filed Under Seal)
Exhibit D    Regions-Swaney 443 (Filed Under Seal)
Exhibit E    Mai-Swaney 1294-1333 (Filed Under Seal)
Exhibit F    Plaintiff's Expert Report, including Exhibits A-D
Exhibit G    Exhibits 1-12 to Deposition of Wong (Filed Under Seal)
Exhibit H    Regions-Swaney 103 (Filed Under Seal)
Exhibit I    Regions-Swaney 437 (Filed Under Seal)
Exhibit J    Mai-Swaney 606-607 (Filed Under Seal)

Dated:    February 9, 2015.

Respectfully submitted,

s/ Micah S. Adkins
Micah S. Adkins (ASB-8639-I48A)
THE ADKINS FIRM, P.C.
The Kress Building
301 19th Street North, Suite 581
Birmingham, Alabama 35203
205-458-1202 Direct
205-208-9632 Fax
E-Mail: MicahAdkins@ItsYourCreditReport.com

Cathleen M. Combs (admitted *pro hac vice*)
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark St., Suite 1500
Chicago, IL 60603
Telephone: 312-739-4200
Facsimile: 312-419-0379
E-mail: ccombs@edcombs.com

William Peerce Howard (admitted *pro hac vice*)
John Yanchunis (admitted *pro hac vice*)
MORGAN & MORGAN TAMPA, P.A.
One Tampa City Center
201 N. Franklin St., 13th Floor
Tampa, Florida 33602
Telephone: 813-221-6573
Facsimile: 813-222-4719
bhoward@forthepeople.com
jyanchunis@forthepeople.com
*Counsel for Plaintiff*

# CERTIFICATE OF SERVICE

I, Micah S. Adkins, hereby certify that a copy of the foregoing was served upon all counsel of record via the CM/ECF electronic filing system on this Ninth day of February, 2015.

Maibeth Porter
Joshua B. Baker
Maynard, Cooper & Gale, P.C.
2400 Regions/Harbert Plaza
1901 6th Ave. North
Birmingham, Alabama 35203

Robin L. McGrath
Edward J. Benz, III
Andrea J. Pearson
Howard Privette
Paul Hastings LLP
1170 Peachtree Street, N.E., Suite 100
Atlanta, GA 30309

                                                s/ Micah S. Adkins
                                                Micah S. Adkins