FILED
2015 Feb-09 PM 04:08
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT A

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

SUEANN SWANEY, on behalf of plaintiff
and the class defined below,

    Plaintiff,

v.

CASE NO.: 2:13-CV-00544-JHE

REGIONS BANK,

    Defendant.
_____/

## AFFIDAVIT OF SUEANN SWANEY

STATE OF FLORIDA

COUNTY OF LAKE

BEFORE ME, the undersigned authority, this day personally appeared SUEANN SWANEY, who, after being duly sworn, deposes and says:

1. My name is SueAnn Swaney and I am the Plaintiff in the above styled case.

2. I am over the age of eighteen (18) and I have personal knowledge of the matters contained in this affidavit.

3. I obtained my cellular telephone number and account with my service provider, MetroPCS on or about November 5, 2012.

4. That same day, I began receiving a series of text messages, more than 20, from Regions Bank placed from telephone number (800) 734-4667.

5. I am the only user and only subscriber of telephone number (352) 610-3147.

6. The following is illustrative of the text messages: "*Account *7940: The ledger balance is $1.59 which is below your requested threshold. Ledger balances excludes pending transactions.*"

7. On at least six separate occasions, Ms. Swaney replied to the text messages informing Regions Bank that she has never done business with them:

    a. November 10, 2012: "*I have no idea who u are!*";

    b. November 11, 2012: "*Please stop texting me*";

    c. November 11, 2012: "*Do not text me again as I am not the person u want!*";

    d. November 12, 2012: "*Go away I am no who u are looking for*";

    e. November 13, 2012: "*I am not who u r looking 4*";

    f. November 14, 2012: "*Stop texting or I am going to call ATTORNEY!*".

8. The messages continued.

9. I did not authorize the automated placement of calls to my cell phone by Defendant.

10. I did not furnish my cell phone number to the Defendant.

FURTHER AFFIANT SAYETH NOT.

_____
SUEANN SWANEY  FLDL S500-181-46-862-0

SWORN TO and subscribed before me this 6th day of February, 2015.

_____
Notary Public, State of Florida at Large

RYAN PEREZ
Notary Public - State of Florida
My Comm. Expires Mar 21, 2018
Commission # FF 104424
Bonded Through National Notary Assn.

MY COMMISSION EXPIRES: March 21, 2018