# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| SUEANN SWANEY, on behalf of plaintiff and the class defined below,<br><br>Plaintiff,<br><br>v.<br><br>REGIONS BANK,<br><br>Defendant. | CIVIL ACTION NO.<br>2:13-cv-00544-JHE |

## DEFENDANT'S REGIONS BANK'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rules of Civil Procedure Rule 56.l Defendant Regions Bank ("Regions") files this Motion for Summary Judgment seeking entry of judgment in its favor because Plaintiff has failed to establish that Regions has violated the Telephone Consumer Protection Act (TCPA) by sending text messages using an Automatic Telephone Dialing System as defined by the TCPA.

As grounds for this Motion, Regions submits its Brief in Support of Motion for Summary Judgment and Evidentiary Submissions filed concurrently herewith.

Respectfully Submitted
Dated: February 9, 2015

By: /s/ *Robin L. McGrath*
Maibeth J. Porter (ASB-3915-O40M)
Joshua B. Baker (ASB-5105-S72B)
OF COUNSEL
Maynard, Cooper & Gale, P.C.
2400 Regions/Harbert Plaza
1901 6th Ave. North
Birmingham, Alabama 35203
Telephone: 1(205) 254-1000
Facsimile: 1(205) 254-1999

Robin L. McGrath, Ga. Bar No. 493115
(admitted *pro hac vice*)
Edward J. Benz, III, Ga. Bar No. 344010
(admitted *pro hac vice*)
Andrea J. Pearson, Ga. Bar No. 409604
(admitted *pro hac vice*)
PAUL HASTINGS LLP
1170 Peachtree Street, N.E.
Suite 100
Atlanta, GA  30309
Telephone:   1(404) 815-2400
Facsimile:    1(404) 815-2424

*Attorneys for Defendant
Regions Bank*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served upon all counsel of record via the CM/ECF electronic filing system or via U.S. Mail on this the 9th day of February, 2015.

Michal S. Adkins (ASB-8639-I48A)
THE ADKINS FIRM, P.C.
The Kress Building
301 19th Street North, Suite 581
Birmingham, Alabama 35203
Telephone: 205-458-1202
Facsimile: 205-208-9632
Email: MicahAdkins@ItsYourCreditReport.com
*Attorneys for Plaintiff*

William Peerce Howard
Morgan & Morgan, Tampa P.A.
One Tampa City Center
201 N. Franklin St., 13th Floor
Tampa, Florida 33602
Telephone: 1(813) 223-5505
Facsimile: 1(813) 223-5402
*Attorney for Plaintiff*

Cathleen M. Combs
Edelman, Combs, Latturner & Goodwin, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
Telephone: 1(312) 739-4200
Facsimile: 1(312) 419-0379
*Attorney for Plaintiff*

    /s *Robin L. McGrath*

Robin L. McGrath