# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| SUEANN SWANEY, on behalf of plaintiff and the class defined below,<br><br>Plaintiff,<br><br>v.<br><br>REGIONS BANK,<br><br>Defendant. | CIVIL ACTION NO.<br>2:13-cv-00544-JHE |

## DECLARATION OF KEVIN WONG IN SUPPORT OF REGION BANK'S MOTION TO FOR SUMMARY JUDGMENT

I, Kevin Wong, declare as follows:

1. I am Director of Web and Mobile Development for Monitise Americas, Inc. ("Monitise"). I am responsible for, among other things, programming, coordinating development activities, design and architecture of the Monitise system. I have personal knowledge of the facts set forth below, and could testify to those facts if called upon to do so.

2. I am aware that Monitise has provided Regions with the technology for its mobile alert program, which Monitise's records show that Regions launched in or around January of 2011.

3. The Regions' system that generates mobile alerts (the "Regions System") does not have the capacity to randomly or sequentially generate numbers to be dialed. In fact, as currently configured and implemented, it would be impossible for the Regions System to randomly or sequentially generate numbers to be dialed.

4. Regions' System is capable of generating text messages that can only be sent to those cell phone numbers that have been provided by a Regions banking customer and thereafter entered into the database accessed by the Regions System.

5. On August 27, 2014, I sat as a representative of Monitise for a deposition taken by Plaintiff's counsel. During that deposition, Plaintiff's counsel never asked me whether the Regions System used algorithms to automatically dial telephone numbers in a manner that "predicts" when the dialed person will answer the phone or a telemarketer will be available to take the call.

6. Additionally, at no point during the deposition did Plaintiff's counsel ask whether the Regions System involved the use of equipment that has the capacity to store or produce telephone numbers to be called using a random or sequential number generator or to dial such numbers.

7. At no point during the deposition did I testify that the accused Regions System used equipment that has the capacity to store or produce telephone numbers to be called using a random or sequential number generator or to dial such numbers.

8. The Regions System does not have the ability to automatically dial telephone numbers in a manner that "predicts" when the dialed person will answer the phone or a telemarketer will be available to take the call.

9. The Regions System is not capable of making telephone calls (as opposed to generating texts), nor are there any telemarketers that are involved with the Systems' use.

10. The Regions System is designed simply to generate text alerts to be sent to phone numbers provided by registered Regions bank customers either near the time of a specified event

or on a nightly basis. The system is not capable of taking into account the customers' or any telemarketer's availability.

11. The Regions System does not dial any of the numbers stored in the database accessed by the Regions System. Rather, after generating a text message, a carrier by the name of mBlox delivers the text message to the proper telephone carrier for delivery to the customer.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 4, 2015, in California.

_____