# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| SUEANN SWANEY, )<br>on behalf of plaintiff and the class defined )<br>below, )<br>　　　　　　　　　　　　　　　　)<br>　　　　　　Plaintiff, )<br>　　　　　　　　　　　　　　　　)<br>vs. )<br>　　　　　　　　　　　　　　　　)<br>REGIONS BANK, )<br>　　　　　　　　　　　　　　　　)<br>　　　　　　Defendant. ) | **CIVIL ACTION NO.**<br>2:13-cv-00544-JHE<br><br>*OPPOSED* |

## PLAINTIFF'S MOTION TO REQUIRE DEFENDANT
## TO COMPENSATE EXPERT

Plaintiff SueAnn Swaney ("Plaintiff") respectfully requests order of Court to require Defendant Regions Bank ("Defendant" or "Regions") to compensate Jeffrey Hansen, an expert witness, for his time in testifying at a deposition noticed by Regions, pursuant to Federal Rule of Civil Procedure 26(b)(4)(E)(i).

In support of her motion, Plaintiff states as follows:

1.　　Plaintiff filed this action against Regions on March 13, 2013, alleging that defendant violated the Telephone Consumer Protection Act by engaging in unlawful communications to Plaintiff.

1

2. Plaintiff retained Jeffrey Hansen as an Expert in this action and served Mr. Hansen's Expert Report on Defendant on January 14, 2015.

3. Regions sought discovery from Jeffrey Hansen by noticing his deposition for January 29, 2015. (Ex. A, *Depo. Notice to Hansen*)

4. Federal Rule of Civil Procedure 26(b)(4)(E) states that "Unless manifest injustice would result, the court must require that the party seeking discovery (i) pay the expert a reasonable fee for time spent in responding to discovery under Rule 26(b)(4)(A) or (D)." *Fed. R. Civ. P.* 26(b)(4)(E).

5. On January 29, 2015, Defendant conducted a deposition of Mr. Hansen, which lasted three (3) hours and thirty-five (35) minutes.

6. Mr. Hansen's standard and reasonable fee for depositions is $380 per hour.

7. Plaintiff's counsel conferred with Defendant's counsel, in good faith, prior to filing this motion, but Defendant has refused to direct payment to Mr. Hansen.

8. The deposition that took place on January 29, 2015 was sought by Defendant, and thus Defendant must be required to compensate Mr. Hansen.

9. No manifest injustice would result from requiring Regions to compensate Mr. Hansen.

WHEREFORE, Plaintiff respectfully requests that this Court enter an Order (A) that Defendant shall pay $1,351.64 to Mr. Hansen for his time spent attending its deposition (B) that Defendant shall pay Plaintiff's costs and attorney's fees incurred in bringing this motion and (C) granting any further or other relief that the Court deems just.

        Respectfully submitted,

        /s/ Micah S. Adkins
        Micah S. Adkins (ASB-8639-I48A)
        THE ADKINS FIRM, P.C.
        The Kress Building
        301 19th Street North, Suite 581
        Birmingham, Alabama 35203
        Telephone: 205-458-1202
        Facsimile: 205-208-9632
        Email:
        MicahAdkins@ItsYourCreditReport.com

William P. Howard (admitted *pro hac vice*)
John Yanchunis (admitted *pro hac vice*)
MORGAN & MORGAN, P.A.
One Tampa City Center
201 N. Franklin Street, 13th Floor
Tampa, Florida 33602
(813) 223-5505
(813) 222-4747 (FAX)

Cathleen M. Combs (admitted *pro hac vice*)
EDELMAN, COMBS, LATTURNER & GOODWIN, L.L.C.
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

## CERTIFICATE OF SERVICE

I, Micah S. Adkins, hereby certify that on February 19, 2015, I caused to be filed the forgoing documents with the Clerk of the Court using the CM/ECF System, which caused copies to be served via email upon the following:

Maibeth Porter
mporter@maynardcooper.com

Joshua B. Baker
jbaker@maynardcooper.com

Robin L. McGrath
robinmcgrath@paulhastings.com

Edward J. Benz
joebenz@paulhastings.com

Howard M Privette
howardprivette@paulhastings.com

Andrea Pearson
andreapearson@paulhastings.com


/s/ Micah S. Adkins
Micah S. Adkins