IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SUEANN SWANEY,<br>on behalf of plaintiff and the class defined below,<br><br>    Plaintiff,<br><br>  vs.<br><br>REGIONS BANK,<br><br>    Defendant. | Case No.: CV-13-0544-JHE |

## PLAINTIFF'S MOTION TO STRIKE DECLARATION OF CONOR MANTON AND REFERENCES TO HIS DECLARATION

  Plaintiff SueAnn Swaney moves this Court to strike the declaration of Conor Manton and any references to his Declaration included in Defendant Regions Bank's response to plaintiff's motion supplemental brief in support of her motion for leave to pursue additional discovery. In support of her motion, plaintiff states:

  1. Regions Bank attached to its Response a declaration from an employee of its agent Monitise, Conor Manton. (Doc. 73.1).

  2. Regions never disclosed Conor Manton as a witness. *See*, Initial Disclosures of Regions Bank Pursuant to Fed. R. Civ. P. 26(a)(1). (Exhibit A).

1

3. Fundamental notions of fairness require this Court strike the Declaration of Conor Manton and any references to that declaration in Regions Bank's Response.

**WHEREFORE**, Plaintiff respectfully requests this Honorable Court strike the Declaration of Conor Manton and all references to it in Regions Bank's Response to Plaintiff's Supplement to Motion for Leave to Pursue Additional Discovery.

Dated: February 24, 2015

Respectfully Submitted,

/s/ Micah S. Adkins
Micah S. Adkins (ASB-8639-I48A)
THE ADKINS FIRM, P.C.
301 19th Street North, Suite 581
The Kress Building
Birmingham, Alabama 35203
T: 205-458-1204
F: 205-208-9632
E: MicahAdkins@ItsYourCreditReport.com

William Peerce Howard (admitted pro hac vice)
John A. Yanchunis (admitted pro hac vice)
MORGAN & MORGAN, TAMPA, P.A.
One Tampa City Center
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
T: 813-223-5505
F: 813-223-5402
E: bhoward@forthepeople.com

Cathleen M. Combs (admitted pro hac vice)
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 South Clark Street, Suite 1500
Chicago, Illinois 60603
T: (312) 739-4200
F: (312) 419-0379
E: ccombs@edcombs.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I, hereby certify that on February 24, 2015, I filed the foregoing document with the CM/ECF system, which will electronically notify the following counsel of record of the same:

Maibeth Porter
Joshua B. Baker
Maynard, Cooper & Gale, P.C.
2400 Regions/Harbert Plaza
1901 6th Ave. North
Birmingham, Alabama 35203

Robin L. McGrath
Edward J. Benz, III
Andrea J. Pearson
Howard Privette
PAUL HASTINGS LLP
1170 Peachtree Street, N.E., Suite 100
Atlanta, GA 30309

s/ Micah S. Adkins
Of Counsel