# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| SUEANN SWANEY, on behalf of plaintiff and the class defined below,<br><br>   Plaintiff,<br><br>v.<br><br>REGIONS BANK,<br><br>   Defendant. | CIVIL ACTION NO.<br>2:13-cv-00544-JHE<br><br>**UNOPPOSED** |

## DEFENDANT'S MOTION TO FILE UNDER SEAL

  COMES NOW, Defendant Regions Bank ("Regions") by and through its counsel and respectfully moves the Court for leave to file Exhibits 2 and 3 in Support of Regions Bank's Response to Plaintiff's Motion for Partial Summary Judgment under seal.  As grounds for this motion, Regions states that the foregoing Exhibits have been marked "Highly Confidential-Attorneys' Eyes Only" under the Protective Order (Doc. 29) because they both contain highly sensitive, non-public information regarding (i) technical information concerning Monitise's proprietary mobile banking platform; and (ii) testimony pertaining to Regions' mobile banking platform.

  WHEREFORE, Defendant thus requests an order of this Court allowing it to file under seal Exhibits 2 and 3 to Defendant's Response to Plaintiff's Partial Motion for Summary Judgment.

Respectfully Submitted
Dated: March 2, 2015

By: /s/ *Robin L. McGrath*

 Maibeth J. Porter (ASB-3915-O40M)
 Joshua B. Baker (ASB-5105-S72B)
 OF COUNSEL
 Maynard, Cooper & Gale, P.C.
 2400 Regions/Harbert Plaza
 1901 6th Ave. North
 Birmingham, Alabama 35203
 Telephone:  1(205) 254-1000
 Facsimile:   1(205) 254-1999

 Robin L. McGrath, Ga. Bar No. 493115
 (admitted *pro hac vice*)
 Edward J. Benz, III, Ga. Bar No. 344010
 (admitted *pro hac vice*)
 Andrea J. Pearson, Ga. Bar No. 409604
 (admitted *pro hac vice*)
 PAUL HASTINGS LLP
 1170 Peachtree Street, N.E.
 Suite 100
 Atlanta, GA  30309
 Telephone:   1(404) 815-2400
 Facsimile:    1(404) 815-2424

 *Attorneys for Defendant*
 *Regions Bank*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served upon all counsel of record via the CM/ECF electronic filing system or via U.S. Mail on this the 2nd day of March, 2015.

Michal S. Adkins (ASB-8639-I48A)
THE ADKINS FIRM, P.C.
The Kress Building
301 19th Street North, Suite 581
Birmingham, Alabama 35203
Telephone: 205-458-1202
Facsimile: 205-208-9632
Email: MicahAdkins@ItsYourCreditReport.com
*Attorneys for Plaintiff*

William Peerce Howard
Morgan & Morgan, Tampa P.A.
One Tampa City Center
201 N. Franklin St., 13th Floor
Tampa, Florida 33602
Telephone: 1(813) 223-5505
Facsimile:  1(813) 223-5402
*Attorney for Plaintiff*

Cathleen M. Combs
Edelman, Combs, Latturner & Goodwin, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
Telephone: 1(312) 739-4200
Facsimile:  1(312) 419-0379
*Attorney for Plaintiff*

　　　　　　　　　　　　　　　　　　　　　　　　 _/s *Robin L. McGrath*_____

　　　　　　　　　　　　　　　　　　　　　　　　 Robin L. McGrath