# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| SUEANN SWANEY, on behalf of plaintiff and the class defined below,<br><br>    Plaintiff,<br><br>v.<br><br>REGIONS BANK,<br><br>    Defendant. | CIVIL ACTION NO.<br>2:13-cv-00544-JHE |

## TABLE OF CONTENTS OF EVIDENTIARY SUBMISSIONS TO REGIONS BANK'S RESPONSE TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

EXHIBIT 1 -   Article

EXHIBIT 2 -   ClairMail 4.1 Reporting Console User Guide

EXHIBIT 3 -   Deposition of Jeffrey Hansen on January 29, 2015

Respectfully Submitted
Dated: March 2, 2015

By: /s/ *Robin L. McGrath*
Maibeth J. Porter (ASB-3915-O40M)
Joshua B. Baker (ASB-5105-S72B)
OF COUNSEL
Maynard, Cooper & Gale, P.C.
2400 Regions/Harbert Plaza
1901 6th Ave. North
Birmingham, Alabama 35203
Telephone: 1(205) 254-1000
Facsimile:  1(205) 254-1999

Robin L. McGrath, Ga. Bar No. 493115
(admitted *pro hac vice*)
Edward J. Benz, III, Ga. Bar No. 344010
(admitted *pro hac vice*)
Andrea J. Pearson, Ga. Bar No. 409604

(admitted *pro hac vice*)
PAUL HASTINGS LLP
1170 Peachtree Street, N.E.
Suite 100
Atlanta, GA  30309
Telephone:  1(404) 815-2400
Facsimile:   1(404) 815-2424

*Attorneys for Defendant
Regions Bank*

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing pleading has been served upon all counsel of record via the CM/ECF electronic filing system or via U.S. Mail on this the 2nd day of March, 2015.

Michal S. Adkins (ASB-8639-I48A)
THE ADKINS FIRM, P.C.
The Kress Building
301 19th Street North, Suite 581
Birmingham, Alabama 35203
Telephone: 205-458-1202
Facsimile: 205-208-9632
Email: MicahAdkins@ItsYourCreditReport.com
*Attorneys for Plaintiff*

William Peerce Howard
Morgan & Morgan, Tampa P.A.
One Tampa City Center
201 N. Franklin St., 13th Floor
Tampa, Florida 33602
Telephone: 1(813) 223-5505
Facsimile: 1(813) 223-5402
*Attorney for Plaintiff*

Cathleen M. Combs
Edelman, Combs, Latturner & Goodwin, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
Telephone: 1(312) 739-4200
Facsimile: 1(312) 419-0379
*Attorney for Plaintiff*

                                                                        /s *Robin L. McGrath*

                                                                       Robin L. McGrath