FILED
2019 Nov-12 PM 05:20
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit C

# CHART OF TCPA CLASS ACTION SETTLEMENTS
# JANUARY 1, 2015-PRESENT

| DEFENDANT | CASE(S) | SETTLEMENT AMOUNT | DATE OF FINAL APPROVAL | SETTLEMENT WEBSITE |
|---|---|---|---|---|
| iYogi | *Estrada v. iYogi, Inc.*, No. 2:13-01989 WBS CKD (E.D. Cal.) | $40 per claimant | 1/26/16 | https://www.renewalcallsettlement.com/ |
| Mortgage Investors Corp. of Ohio, Inc. | *Ott v. Mortg. Investors Corp. of Ohio, Inc.*, No. 3:14-cv-00645-ST (D. Or.) | Settlement fund of $7,483,600; estimated $140.86 per claimant | 1/5/2016 | https://mictcpasettlement.com/MICTCPA/faq.htm |
| Zirmed, Inc. | *Spine & Sports Chiropractic, Inc. v. Zirmed, Inc.*, No. 3:13-CV-00489 (W.D. Ky.) | Settlement fund of $380,650; up to $500 to each Class Member | 12/22/15 | N/A |
| Medicredit, Inc. | *Prater v. Medicredit, Inc.*, No. 4:14-cv-00159-ERW (E.D. Mo.) | Settlement fund of $6,750,000; amount remaining after deducting fees and expenses will be divided among Class Members | 12/7/15 | https://eclaim.kccllc.net/caclaimforms/mpr/home.aspx |
| Lifetime Fitness, Inc. | *In re Life Time Fitness, Inc.*, No. 14-md-2564 (JNE/SER) (D. Minn.) | Cash award of $100 or a Membership award for credit towards membership; total settlement payment of between $10 million to $15 million | 12/1/15 | https://www.lifetimetcpasettlement.com/Home.aspx |
| Walgreen Co. | *Kolinek v. Walgreen Co.*, No. 13 C 4806 (N.D. Ill.) | $11 million settlement fund; approximately $30 per claimant | 11/23/15 | https://eclaim.kccllc.net/caclaimforms/wtt/home.aspx |
| The Body Shop | *Lambert v. Buth-Na-Bodhaige, Inc.*, No. 2:14-cv-00514-MCE-KJN (E.D. Cal.) | Approximately $7,335,000 in benefits; $25 electronic gift card to The Body Shop provided to each Class Member | 11/20/2015 | https://www.thebodyshoptextsettlement.com/ |

| DEFENDANT | CASE(S) | SETTLEMENT AMOUNT | DATE OF FINAL APPROVAL | SETTLEMENT WEBSITE |
|---|---|---|---|---|
| Bank of America | *Rose v. Bank of Am. Corp.*, No. 5:11-CV-02390-EJD (N.D. Cal.); *Ramirez v. Bank of Am.*, N.A., Case No. 14-CV-02175-EJD (N.D. Cal.); *Johnson v. Bank of Am. Corporation*, Case No. 14-CV-02177-EJD (N.D. Cal.); *Makin v. Bank of Am.*, N.A., Case No. 14-CV-02176-EJD (N.D. Cal.); and *Bradshaw v. Bank of Am. Corp*, 13-CV-0431 LAB (JLB) (S.D. Cal.). | Settlement Fund of over $32 million; Cash award of $20-40 per member depending on number of claims | 8/29/15 | https://www.boatcpasettlement.com/en |
| T-Mobile | *Aboudi v. T-Mobile USA, Inc.*, No. 12cv2169 BTM(NLS) (S.D. Cal.) | Total settlement payment of between $2.5 million and $5 million | 8/18/2015 | https://www.aboudisettlement.com/Home.aspx |
| Nelnet | *Cooper v. Nelnet, Inc.*, No. 6:14-cv-314-Orl-37DAB (M.D. Fla.) | Settlement fund of up to $4.5 million | 8/4/15 | https://cooper-nelnettcpasettlement.com/ |
| Anthem Insurance Companies | *Lees v. Anthem Ins. Cos.*, No. 4:13CV1411 SNLJ (E.D. Mo.) | Settlement fund of $4,750,000 to $6,250,000; approximately $200 to each Class Member | 6/10/2015 | N/A |
| USCB, Inc. | *Jonsson v. USCB, Inc.*, No. CV 13-8166 FMO (SHx) (C.D. Cal.) | Settlement fund of $2,750,000; distributed pro rata to Class Members after fees and costs | 5/28/15 | https://www.debtcollectiontcpasettlement.com/Home.aspx |
| Comenity Bank | *Couser v. Comenity Bank*, No. 12cv2484-MMA-BGS (S.D. Cal.) | Settlement fund of $8,475,000; $13.75 per claimant | 5/27/15 | http://www.classactionrebates.com/settlements/comenity/ |
| Skinder-Strauss Associates | *Landsman & Funk, P.C. v. Skinder-Strauss Assocs.*, Civil Action No. 08cv3610 (CLW) (D.N.J.) | Settlement Fund of $625,000 | 5/18/15 | http://www.skinderclassaction.net/ |
| Kaiser Permanente | *Shermnan v. Kaiser Permanente*, No. 13-cv-981 (S.D. Cal.) | Settlement Fund of $5,350,000 | 5/12/15 | https://eclaim.kccllc.net/caclaimforms/khs/Documents/Settlement%20Agreement%20as%20Filed.pdf |

| DEFENDANT | CASE(S) | SETTLEMENT AMOUNT | DATE OF FINAL APPROVAL | SETTLEMENT WEBSITE |
|---|---|---|---|---|
| Bank of the West | *Bayat v. Bank of the W.*, No. C-13-2376 EMC (N.D. Cal.) | Settlement Fund of $3,354,745.98; Approximately $150 per claimant based on claims as of time of Final Approval | 4/15/15 | http://www.bayattcpasettlement.com/ |
| HSBC | *Wilkins v. HSBC Bank Nev., N.A.*, No. 14 C 190 (N.D. Ill.) | Settlement Fund of nearly $40 million; timely claimants could receive $93.22 ($2.95 per Class Member) | 2/27/15 | http://www.wilkinstcpasettlement.com/docs/notice.pdf |
| JPMorgan Chase Bank | *Connor v. JPMorgan Chase Bank*, No. 3:10-cv-01284-GPC-BGS (S.D. Cal.) | Settlement Fund of up to $9 million; Cash award of up to $70.00 per claim | 2/05/15 | https://www.connortcpasettlement.com/ |
| Capital One | *Amadeck v. Capital One Fin. Corp. (In re Capital One Tel. Consumer Prot. Act Litig* (N.D. Ill.); Master Docket No. 12 C 10064; MDL No. 2416; No. 12 C 10135; No. 11 C 5886; No. 12 C 1061 | Settlement Fund of $75.5 million; $34.60 per claimant ($2.72 per Class Member) | 2/12/15 | https://www.capitalonetcpaclasssettlement.com/Home.aspx |
| AT&T Mobility | *Hageman v. AT&T Mobility LLC*, No. CV 13-50-BLG-RWA (D. Mont.) | Settlement Fund of $45 million | 2/11/15 | https://eclaim.kccllc.net/caclaimforms/ahg/home.aspx |
| TruGreen | *Faustino Chapa, IV, et al. v. TruGreen, Inc.*, No. 1-13-CV-3957 (N.D. Ill.) | Settlement Fund of $4,450,000; up to $500 per claimant depending on number of claims | 1/27/15 | https://secure.dahladmin.com/CHAPA/Index |
| Prescription Pads | *In re Prescription Pads TCPA Litigation*, No: 13-CV-6897 (N.D. Ill.) | Settlement Fund of $1 million; Cash award up to $20.00 | 1/22/15 | https://www.prescriptionpadstcpasettlement.com/ |