FILED
2019 Dec-12 PM 03:24
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **SUEANNE SWANEY,** | } |
| **Plaintiff,** | } |
| v. | } Case No.: 2:13-cv-00544-JHE |
| **REGIONS BANK,** | } |
| **Defendant.** | } |

## ORDER

In light of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement and Certification of Settlement Class (Doc. # 190), and after consultation with Judge England, the Clerk of the Court is **DIRECTED** to **REASSIGN** this case to the undersigned.

**DONE** and **ORDERED** this December 12, 2019.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE