# Exhibit B

SUEANN SWANEY, on behalf of
Plaintiff and the class defined below,

     Plaintiff,                                CIVIL ACTION NO. 2:13-cv-00544-JHE

v.                                        Class Action

REGIONS BANK,

     Defendant.

---

**DECLARATION OF WILLIAM "BILLY" PEERCE HOWARD
IN SUPPORT OF REPRESENTATIVE PLAINTIFF'S MOTION AND
SUPPORTING MEMORANDUM OF LAW FOR APPROVAL OF
ATTORNEYS' FEES, COSTS AND EXPENSES, AND SERVICE AWARDS**

---

I, William "Billy" Peerce Howard, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I have been licensed to practice law in the state of Florida since 1997.

2.      For four years, I have been the managing partner of The Consumer Protection Firm, PLLC. We focus almost exclusively on helping individuals who are victims of harassing and abusive collection tactics holding banks, debt collectors and other financial institutions accountable for illegal "robodialing" campaigns, in violation of the Telephone Consumer Protection Act ("TCPA"), Florida Consumer Collection Practices Act ("FCCPA") and Fair Debt Collection Practice Act ("FDCPA"). Previously, for 14 years, I was a managing partner at the Tampa law firm of Morgan & Morgan where I started their Consumer Protection Department focusing almost exclusively on the FCCPA, FDCPA and TCPA.

3.      The hourly rates of the professionals in my firm, including my own, reflect experience and accomplishments in the area of consumer litigation generally, class litigation generally, and TCPA and FCCPA litigation specifically. The rate of $600 per hour which I charge

for my time is commensurate with hourly rates charged by my contemporaries around the country, including those rates charged by lawyers with my level of experience who practice in the area of consumer class litigation across the nation. I was recently paid $600 per hour in the TCPA class *Clark v. FDS Bank*, No. 6:17-cv-692ORL41TBS, 2018 WL 2688769 (M.D. Fla.) Prior to submitting the motion for attorneys' fees, costs and expenses, I compared and confirmed the hourly rate of the professionals in my firm with lawyers at other law firms whose practice is focused on class litigation.

4. The lawyers and other professional staff of my firm maintain and record their respective time and the specific services they perform contemporaneously in a computerized system. Based upon the records in this system, my firm's lodestar is in excess of 509 hours as of February10, 2020, amounts to $268,775 in lodestar. Additional time will be spent to prepare for and attend the fairness hearing and obtain final approval, defend any appeals taken from the final judgment approving settlement, and ensure that the distribution of settlement proceeds to class members is done in a timely manner in accordance with the terms of the settlement. I assert that the attorney fees sought in the motion for attorney fees is reasonable and seeks fair and reasonable compensation for undertaking this case on a contingency basis, and for obtaining the relief for Plaintiffs and the class. Throughout this action, we have been challenged by highly experienced and skilled counsel who deployed very substantial resources on Defendant's behalf.

5. I employed Charles M. Schropp at the beginning stages of this case due to the complexity of the ATDS issues, which was the focus of the case. Charles assisted with briefing of the ATDS issue.

6. The chart below reflects the amount of time spent by me, members of my firm, as well as Charles M. Schropp in the prosecution of this case:

| Name | Title | Hourly Rate | Time Spent | Total Billed |
|---|---|---|---|---|
| William "Billy" Peerce Howard | Managing Partner | $600 | 344 | $206,400 |
| Amanda J. Allen | Partner | $375 | 29 | $10,875 |
| Nancy Sauer | Paralegal | $200 | 28 | $5600 |
| Charles M. Schropp | Contract Attorney | $425 | 108 | $45900 |
| **Total** | | | **509** | **$268,775.00** |

7.      A breakdown of my firm's costs and expenses, again pulled from a computerized database, are reflected below.

| Description | Subtotals | Totals Per Category |
|---|---|---|
| **Professional Services** | | **$262.15** |
| PACER | $91.35 | |
| Westlaw | $170.80 | |
| **Travel Expenses** | | **$826.74** |
| William "Billy" Peerce Howard | $826.74 | |
| | **Total** | **$1088.89** |

8.      Additional costs and expenses will be incurred before our work is done in this case, as is true of the additional services which we will provide to the class.

9.      Ms. Swaney was originally my client.  I orchestrated the original filing of this case and have worked hand-in-hand with Ms. Swaney since the start.  We have become good friends through our many conversations about this case and she has been involved in and apprised of our litigation strategy from day one through many complex issues. From the commencement of this case through today, the lawyers who filed this case and Ms. Swaney as the class representative have at all times been in control of this litigation. We reviewed and approved of the the litigation

in this case, kept up with the ongoing developments of the case, were subject to the time consuming demands of discovery, including responding to interrogatories, going mediation, being deposed, and also were involved in and approved the settlement terms reached in this case. The subject of service awards was not raised nor negotiated until after the parties had reached a settlement of the underlying claims, and the class representatives' consent and agreement to the terms of the settlement was not, nor is it in any way, conditioned on the class representatives' receipt of a service award.  I support and request the reasonable service award of $10,000.00 for the class representative.

Executed this 10th day of February, 2020 at Tampa, Florida.


By:  *s/William "Billy" Peerce Howard*
William "Billy" Peerce Howard