FILED
2020 Feb-10 PM 04:14
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit C

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

SUEANN SWANEY,

    PLAINTIFF,

v().

    Case No.:

    2:12-CV-00544-RDP

REGIONS BANK,

    DEFENDANT.

**DECLARATION OF MICAH S. ADKINS
SUBMITTED IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES
AND REIMBURSEMENT OF EXPENSES INCURRED ON BEHALF OF THE ADKINS
FIRM, P.C. AND IN SUPPORT OF CLASS REPRESENTATIVE'S SERVICE AWARD**

I, Micah S. Adkins, declare as follows:

1. I am an attorney with the firm of The Adkins Firm, P.C. I submit this Declaration in support of my firm's application for an award of attorneys' fees in connection with services rendered in this case, as well as the reimbursement of expenses incurred by my firm in connection with this litigation, and in support of the class representative's service award.

2. My firm acted as Class Counsel in this action. I personally handled or was directly involved in many aspects of this litigation. To date, the tasks my firm performed can be summarized as follows:

    a. Attended multiple hearings;

    b. Case management, including the review of all pleadings and docket deadlines;

    c. Correspondence to and from co-counsel, opposing counsel, Plaintiff's expert and third parties;[1]

---

[1] The undersigned received and reviewed over 1,700 emails during the pendency of this matter.

1

d.  Discovery, including Initial Disclosures, written discovery to Defendant; received and reviewed document production from Defendant and non-party discovery in the form of subpoenas;

e.  Legal drafting, including, but not limited to, the original complaint, amended complaint, class certification, Report of the Parties' Planning Meeting; Plaintiff's Rule 26(a) Disclosures, protective order; status reports, and class papers;

f.  Legal research concerning class certification and approval under the TCPA, other similar TCPA certified class actions, Defendant's use of an auto-dialer; denial of motion to stay within the Eleventh Circuit; procedures for filing objections pursuant to Fed. R. Civ. P. 72;

g.  Motion practice, including amended pleadings, strike experts, summary judgment motions, stay and class certification;

h.  Review material, including orders, memorandums, Magistrate's Report and Recommendation, Magistrate's Supplemental Report and Recommendation, motions, responses and replies, objections to Magistrate's Report and Recommendations, motion to strike experts and status reports; and,

i.  Settlement negotiations, including participation in mediation in Miami, Florida with Rodney Max.

3. The Summary of Time Expended and Expenses is attached hereto as Exhibit 1, and includes a detailed and specific summary indicating the amount of time, by specific work expended, spent by each attorney, paralegal or law clerk in my firm who was involved in this litigation, and the lodestar fee calculation based on my firm's current billing rates. The Summary

of Time and Expenses was prepared by summarizing detailed time record entries which were kept contemporaneous to the time expended and maintained by my firm. Time expended in preparing this application for fees and reimbursement of expenses has been included in this request.

4. The hourly rates charged by my firm are the same as the regular current rates charged to clients who retain the firm in connection with non-class matters. When I first began to represent Mrs. Swaney, in 2013, my hourly rate was $325 per hour, and my hourly rate has incrementally increased each year since 2013. My current hourly rate is $475 per hour. This is the rate I charge clients for representation in litigation matters under federal consumer protection statutes, including the Telephone Consumer Protection Act ("TCPA"). My lodestar submitted in this case is submitted herewith as a blended rate of $400, for all hours expended over the last seven years, by the undersigned in this matter.

5. I graduated from the University of Texas, at Dallas, *cum laude*, in 2000. In 2005, I earned my juris doctorate from Samford University, Cumberland School of Law.

6. I am a member of the Alabama, Tennessee and Texas Bars. I am admitted to practice in all U.S. District Courts in Alabama, Arkansas, Colorado, Tennessee and Texas. I am also admitted to practice in the Eastern District of Michigan and the Fifth, Sixth, Ninth and Eleventh Court of Appeals. I have been admitted on motion in numerous districts across the U.S., including California, Florida, Georgia, Illinois, Indiana, Kansas, Kentucky, Mississippi, New Jersey, New York, Ohio, Oregon, Pennsylvania, Virginia and the District of Columbia.

7. My consumer protection practice is almost exclusively in federal court, and I have prosecuted more than one-hundred and sixty individual actions across the United States. I also regularly represent consumers in class cases, and I have represented named class representatives in numerous class actions and complex litigation matters across the United States.

8. I am regularly invited to speak on federal consumer protection issues by professional organizations. I have presented lectures on consumer rights to the Alabama Bar Association, Alliance for Legal Services, Association for Certified Fraud Examiners, Birmingham Bar Association, Community Legal Services of Mid-Florida, Dallas Bar Association, Houston Bar Association, Huntsville/Madison County Bar Association, Montgomery County Bar Association, Florida Bar Association, Jacksonville Area Legal Aid Society, Legal Aid Society of San Diego, City of Orlando's Mayor's Summit, National Association for Consumer Advocates, Tennessee Bankers' Association Williamson County Bar Association, and the Tennessee Bankers' Association.

9. My consumer practice has been recognized by my peers. I have been named one of Alabama's Top Attorneys from 2012 to 2019. My consumer practice has also been recognized by Super Lawyers, as I have been named a Rising Star for years 2014-2017, and as a Mid-South Super Lawyer for 2019. In May 2019, the California Lawyers Association awarded me the Wiley W. Manuel Certificate for offering *pro bono* legal services related to my expertise on the federal Fair Credit Reporting Act to low-income individuals and not-for-profit organizations.

10. Associate Attorney Sarah E. Baber graduated from Arkansas State University with her Bachelor of Arts in 2004. She earned her juris doctorate from the University of Arkansas William H. Bowen School of Law in 2007. Mrs. Baber is a member of the Arkansas and Tennessee Bars, and she is admitted to practice in the Eastern and Western Districts of Arkansas. Mrs. Baber is also a graduate of the Arkansas Bar Association's Leadership Academy Class of 2014. She was elected by her peers to serve on the Arkansas Trial Lawyers Association's Board of Governors. During the pendency of the litigation of this matter, I supervised and worked closely with Mrs. Baber, and her hourly rate is $375 per hour.

11. The attorney rates charged by my firm are reasonable and within the range of the appropriate market rates charged by attorneys with comparable experience levels for litigation of a similar nature, given their experience level, practice concentration and background. *See Sapp v. Experian Information Solutions, Inc.,* 2013 WL 2130956, at *2 (E.D. Pa. May 15, 2013); *Chakejian v. Equifax Information Services, LLC*, 275 F.R.D. 201, 216-17 (E.D. Pa. 2011). The hourly rate petitioned for in this litigation is consistent with which have been approved for the undersigned by other courts in the past. *See Young v. Catherines*, No. 13-cv-03288-CMR (E.D. Pa. Nov. 5, 2014) (approving fee petition in full and awarding hourly rate of $325, plus a 2.4 multiplier); *Fuller v. Avis/Budget Rental Car*, No. 2:15-cv-03856-KM-MAH (D. N.J. Dec. 15, 2017) (approving fee petition in full and awarding hourly rate of $375, plus a 2.59 multiplier); *Clark v. Trans Union, LLC*, Case No. 2:15-cv-3:15-cv-00391-MHL (E.D. Va.) and *Anderson v. Trans Union, LLC*, Case No. 3:16-cv-00558-MHL (E.D. Va.) (approving fee petition in full and awarding hourly rate of $450); *Clark v. Experian Information Solutions, Inc.* No. 3:16-cv-00032-MHL (E.D. Va.), *Brown v. Experian Information Solutions, Inc.*, No. 3:16-cv-00670-MHL (E.D. Va.) (approving fee petition in full and awarding hourly rate of $450); and, *Thomas v. Equifax Information Services, LLC*, No. 3:18-cv-00684-MHL (E.D. Va., Sept. 13, 2019) (approving fee petition in full and awarding hourly rate of $475 for Adkins and $375 for Baber).

12. My litigation efforts and experience have received judicial acknowledgement and praise throughout the years. Examples of such recent recognition include:

From Judge Hannah Lauck in *Brown v. Experian Information Solutions*, Case No. 3:16-cv-670-MHL and *Clark v. Experian Information Solutions*, Case No. 3:16-cv-32-MHL (E.D. VA, Feb. 5, 2019):

The mediation process is, I think, the result of the lawyers here being able to do the mediation

process. So as I talk about what fees and fairness of the settlement, I will probably mention more than once that I don't think that any lesser level of expertise could put this mediation process and arbitration process into effect and actually effectuate it, because it requires the level of experience that all attorneys have here, the level of involvement in this case, and in all cases, and detailed knowledge of the consumer protection laws overall.

(Doc. 151, pp. 22-23).

As to whether or not their representation under 23(e)(2)(A) is appropriate, clearly this is a group of among the most highly experienced attorneys nationally in consumer class action litigation and FCRA in particular. Certainly[,] based on the filings and my own experience, I know that many courts have recognized this.

(Doc. 151, p. 27).

From Judge Hannah Lauck, in *Thomas v. Equifax Information Services*, Case No. 3:18-cv-00684-MHL (E.D. VA, Sept. 13, 2019):

As to whether there was adequate representation by class counsel, again, I don't want anybody's head to get too big, but this group is among the most highly experienced attorneys nationally in consumer class action litigation, and FCRA litigation in particular. I have recognized that more than once in these series of cases versus TransUnion and Experian and Equifax with respect to these civil judgments and tax liens cases.

The type of change in industry practice and the creative means through which this is effectuated really can only be done through the caliber of attorneys who are willing to say the kinds of things that each side does about the other. I do believe that the best outcomes are those that are most hard fought, and that certainly has been the case here. It's a difficult set of lots of details, and the ADR process that has been developed through counsel not only benefits the plaintiffs and consumers, it benefits Equifax as far as centralizing any kind of conduct going forward and doing so in an efficient manner.

(Doc. 56, pp. 25-26).

13. Moreover, with respect to the standing of counsel in this case, attached hereto as Exhibit 2 is a brief biography of my firm and my curriculum *vitae*.

14. I have reviewed the time and expense records submitted in this case, and I have eliminated time or expenses that I felt were duplicative. I certify to this Court that all of the time records are accurate and maintained a separate record of time with a complete and accurate accounting of all time devoted to this particular action (to the nearest 1/10 of an hour), recorded contemporaneously with the time expended, for each attorney. Further, I certify that services

performed by any person not a member of the bar, a separate time record has been maintained for each such individual in accordance with the Court's Initial Scheduling Order.

Lastly, I certify that: all of the time records submitted in support of the undersigned's fee petition are accurate; such records were prepared contemporaneously with the performance of the work for which the fees are claimed; and, counsel reviewed and verified all attorney and non-attorney time records no less frequently than once per month.

The lodestar of the firm for work already performed with respect to this case is as follows:

|  | **Hourly Rate** | **Hours** | **Fees** |
|---|---|---|---|
| **Micah S. Adkins, Attorney** | $400 | 197.3 | $ 78,920 |
| **Sarah E. Baber, Attorney** | $375 | 8.0 | $ 3,000 |
| **Paralegal** | $150 | 2.4 | $ 360 |
| **Law Clerk** | $75 | .2 | $ 15 |
| **Total Hours and Fees** |  | **207.9** | **$ 82,295.00** |

14. My firm's lodestar figures are based upon the firm's billing rates, which rates do not include charges for expense items. Expense items are billed separately, and such charges are not duplicated in my firm's billing rates.

15. As detailed in Exhibit 1, my firm has incurred a total of $ 3,673.34, in unreimbursed expenses in connection with the prosecution of the above-styled matter.

16. The expenses incurred in this action are reflected on the books and records of my firm. These books and records are prepared from expense vouchers, receipts, check records and other source materials and are an accurate recordation of the expenses.

17. The named class representative, SueAnn Swaney ("Mrs. Swaney"), agreed to serve as Class Representative in this lawsuit with full knowledge of the duties and responsibilities of an individual serving in this role. Mrs. Swaney took an active role in this case, including responding to written discovery and providing deposition testimony. Mrs. Swaney understands her role as a

class representative and was responsive to counsel during the protracted and heavily contested litigation.

I declare under the penalty of perjury that the foregoing is true and correct. Signed this 7th day of February 2020.

Respectfully submitted,

*/s/ Micah S. Adkins*
Micah S. Adkins (ASB-8639-I48A)
**THE ADKINS FIRM, P.C.**
1025 Westhaven Blvd., Suite 220
Franklin, Tennessee 37064
T: 615.370.9659
F: 205.208.9632
E: MicahAdkins@ItsYourCreditReport.com
*Attorney for Plaintiff*

**Exhibit 1**

**Unreimbursed Expenses**

| Category | COST |
|---|---|
| Travel/Transportation | $ 1,550.04 |
| Lodging/Meals | $ 1,466.98 |
| Print/Copy | $ 163.90 |
| Legal Research Fees (Pacer and Westlaw) | $ 483.00 |
| Postage/FedEx/Delivery Charges | $ 9.42 |
| **Total Expenses** | **$ 3,673.34** |

EXHIBIT 2

# THE ADKINS FIRM
## PROTECTING ⚖ CONSUMERS

NASHVILLE • BIRMINGHAM • DALLAS • HOUSTON

The Adkins Firm, P.C. was founded in 2014 by Micah S. Adkins. The Adkins Firm represents consumers in federal court under various consumer protection statutes. The Adkins Firm maintains offices in Birmingham, Alabama, Dallas, Texas, Houston, Texas and Nashville, Tennessee and is active in the legal community. We have represented consumers in over one-hundred and fifty individual actions in federal court across the United States.

Mr. Adkins earned his Bachelor of Science degree from the University of Texas, at Dallas, with honors (*cum laude*), in 2000. He earned his juris doctorate from the Cumberland School of Law, at Samford University, in 2005. Mr. Adkins was honored by his classmates as the Peer Scholarship Recipient and served as an Associate Justice on the Honor Court.

Mr. Adkins is admitted to the Alabama, Tennessee and Texas Bars. He is also admitted to the United States Court of Appeals for the Fifth, Sixth, Ninth and Eleventh Circuits and to all federal district courts in Alabama, Arkansas, Colorado, Tennessee and Texas. He is also a member of the Eastern District of Michigan. Mr. Adkins has been admitted by motion in various district courts, including California, Florida, Georgia, Illinois, Indiana, Kansas, Kentucky, Mississippi, New Jersey, New York, Ohio, Oregon, Pennsylvania, Virginia and the District of Columbia.

Mr. Adkins has represented the named class representatives in the following certified class actions: *Thomason v. Surin of Thailand,* N.D. Ala., Case No. 07-B-1710-S; *Kanakis v. Surin 280, LLC,* N.D. Ala. Case No. 07-B-17-11; *Iradji v. Surin West, Inc.*, N.D. Ala. Case No. 07-B-1712-S; *Countrywide Financial Corp. Customer Data Security Breach Litigation*, MDL No. 1998; *TJX Companies Retail Security Breach,* MDL No. 1838; *Department of Veterans (VA) Affairs Data Theft Litigation,* MDL No. 1796; *Young v. Charming Shoppes, Inc., et al.,* E.D. Pa. Case No. 2-13-cv-03288-CMR; *Almanzar, et al v. Select Portfolio Servicing, Inc., et al.,* S.D. Fla. Case No. 1:14-cv-22586-FAM; *Fuller v. Avis/Budget Rental Car*, Case No. 2:15-cv-03856-KM-MAH (D. N.J. Dec. 15, 2017); *Clark v. Trans Union, LLC*, Case No. 2:15-cv-3:15-cv-00391-MHL (E.D. Va.) and *Anderson v. Trans Union, LLC*, Case No. 3:16-cv-00558-MHL (E.D. Va.); *Clark v. Experian Information Solutions, Inc.* No. 3:16-cv-00032-MHL (E.D. Va.), *Brown v. Experian Information Solutions, Inc.*, No. 3:16-cv-00670-MHL (E.D. Va.); and, *Thomas v. Equifax Information Services, LLC*, No. 3:18-cv-00684-MHL (E.D. Va., Sept. 13, 2019). Mr. Adkins currently represents the named class representatives in other nationwide putative consumer class actions.

Mr. Adkins' consumer advocacy has been recognized by the members of the Bar, including the Birmingham Bar Association where he was named as a Top Consumer Lawyer in 2012, 2013, 2014 and 2016. Super Lawyers also recognized him as a Rising Star 2014 - 2017. He is regularly invited to lecture on federal consumer protection issues by the: Alabama Bar Association; Birmingham Bar Association; Dallas Bar Association; Florida Bar Association; Houston Bar Association; Huntsville/Madison County Bar Association; Montgomery Bar Association; Williamson County Bar Association and the National Association of Consumer Advocates.

Mr. Adkins is a member of the Alabama Association for Justice; Birmingham Bar Association, Collin County Bar Association, Dallas Bar Association, Federal Bar Association; Houston Bar Association; National Association of Consumer Advocates; and the Tennessee Trial Lawyers Association.

Attorney Sarah E. Baber is an associate with the firm. Mrs. Baber and she practices almost exclusively under the FCRA. Mrs. Baber graduated from Arkansas State University with her Bachelor of Arts in 2004. She earned her juris doctorate from the University of Arkansas William H. Bowen School of Law in 2007. Mrs. Baber is a graduate of the Arkansas Baber Association's Leadership Academy Class of 2014 and was elected to serve the Arkansas Trial Lawyers Association's Board of Governors. Mrs. Baber is a member of the Alabama and Tennessee Bars and admitted to practice in the Eastern and Western Districts of Arkansas.