FILED

2020 Feb-10  PM 04:14
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit D

| | | |
|---|---|---|
| SUEANN SWANEY, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CIVIL ACTION NO.** |
| **v.** | ) | **2:13-CV-00544-JHE** |
| | ) | |
| REGIONS BANK, | ) | |
| | ) | |
| **Defendant.** | ) | |

## DECLARATION OF CATHLEEN M. COMBS
## IN SUPPORT OF APPROVAL OF ATTORNEYS FEES AND EXPENSES

Cathleen M. Combs declares under penalty of perjury, as provided for by 28 U.S.C. §1746, that the following statements are true:

1.      I am a member of Edelman, Combs, Latturner & Goodwin, LLC, has 8 principals, Daniel A. Edelman, Cathleen M. Combs, James O. Latturner, Tara L. Goodwin, Julie Clark, Heather Kolbus, Cassandra P. Miller, and Tiffany N. Hardy, and four associates.

2.      I am a 1976 graduate of Loyola University Law School.  From 1984-1991, I supervised the Northwest office of the Legal Assistance Foundation of Chicago, where I was lead or co-counsel in class actions in the areas of unemployment compensation, prison law, social security law, and consumer law.  I joined what is now Edelman, Combs, Latturner & Goodwin, LLC in early 1991 and became a named partner in 1993.  Ms. Combs received an Award for Excellence in Pro Bono Service from the Judges of the United States District Court for the Northern District of Illinois and the Chicago Chapter of the Federal Bar Association on May 18, 2012.  I have argued over fifteen cases in the 1st, 3rd and 7th Circuit Court of Appeals and the Illinois Appellate Court, and I am a frequent speaker on consumer law topics at various legal organizations including the Chicago Bar Association, the National Consumer Law Center's Consumer Rights Litigation Conferences,  and the Practicing Law Institute's Consumer Financial Services Institute. I am a coauthor of *The Bankruptcy Practitioner's Guide to Consumer Financial Services Actions After the Subprime Mortgage Crisis*  (LRP Publications 2010).  My reported decisions include: *Suesz v. Med-1 Solutions, LLC*, 757 F.3d 636 (7th Cir. 2014) (en banc); *Siwulec v. J.M. Adjustment Servs., LLC*, 465 Fed. Appx. 200 (3d Cir. 2012); *Nielsen v. Dickerson*, 307 F.3d 623 (7th Cir. 2002); *Chandler v. American General Finance, Inc.*, 329 Ill. App.3d 729, 768 N.E.2d 60 (1st Dist. 2002);  *Miller v. McCalla Raymer*, 214 F.3d 872 (7th Cir. 2000);  *Bessette v. Avco Financial Services*, 230 F.3d 439 (1st Cir. 2000); *Emery v. American Gen. Fin., Inc.*, 71 F.3d 1343 (7th Cir. 1995);  *McDonald v. Asset Acceptance, LLC,* 296 F.R.D. 513 (E.D.Mich. 2013); and  *Tocco v. Real Time Resolutions*, 48 F.Supp.3d 535 (S.D.N.Y. 2014). I am a member of the Illinois bar and admitted to practice in the following courts:  United States

District Courts for the Northern, Central and Southern Districts of Illinois, United States District Courts for the Northern and Southern Districts of Indiana, Seventh Circuit Court of Appeals, Third Circuit Court of Appeals, Fifth Circuit Court of Appeals, and Tenth Circuit Court of Appeals.  I am a member of the Northern District of Illinois trial bar.

3.    **http://www.opm.gov/oca/05tables/indexGS.asphttp://www.opm.gov/oca/05tables/indexGS.asp** The  hourly rates for the attorneys, set forth below,  are the same as the regular current rates charged for their services in other contingent matters in class action litigation.  They are also consistent with fees charged to occasional hourly paying clients.  The firm adjusts them annually to account for inflation and increasing experience and they are consistent with the rates charged by attorneys of comparable experience and expertise in the Chicago area.  The rates listed and used in this case represent rates previously approved in a number of cases plus an annual adjustment.

4.    The rates charged by Edelman, Combs, Latturner & Goodwin, LLC were used as a benchmark by Judge Kennelly in *In re Southwest Airlines Voucher Litigation*, No. 11 C 8176, 2013 WL 5497275 (N.D.Ill., Oct. 3, 2013), at 19-20:

> In particular, the Court has reviewed fee awards approved for the law firm of Edelman, Combs, Latturner & Goodwin, a Chicago law firm that has a long-established practice in the same field as Siprut, PC, the firm representing the plaintiff class in this case. Here are some examples. In *Jablonski v. Riverwalk Holdings, Ltd.*, No. 11 C 840, 2012 WL 3043687, at *1 (N.D. Ill. July 12, 2012), Judge Blanche Manning approved rates of $400 per hour for work done in 2011 by attorneys Daniel Edelman, Catherine Combs, and James Latturner, who had, respectively, thirty-six, thirty-six, and fifty years of practice experience. *Id.* at *1. In 2009, in the case of *In re Trans Union Corp. Privacy Litig.*, No. 00 C 4729, 2009 WL 4799954, at *20 (N.D. Ill. Dec. 9, 2009), Judge Robert Gettleman appears to have okayed a $550 rate for attorney Edelman. That same year, in *Jones v. Ameriquest Mortg. Co.*, No. 05 C 432, 2009 WL 631617, at *4 (N.D. Ill. Mar. 10, 2009), Judge David Coar approved rates of $465 per hour for partners Latturner, Combs, and Tara Goodwin, and a rate of $250 per hour for an associate who was six or seven years out of law school during the relevant period. In 2008, Judge Sam Der-Yeghiayan approved rates of $450 per hour for partners at the Edelman firm and $210 per hour for the same associate. *See Hamm v. Ameriquest Mortg. Co.*, 549 F. Supp. 2d 1018, 1022 (N.D. Ill. 2008).

> On September 25, 2013, the Court considered a fee award (a very modest one) in a case brought by the Edelman firm in which it obtained a default judgment. That firm submitted a very comprehensive affidavit by its lead partner, Daniel Edelman, supporting the following hourly rates claimed for each of its partners and associates:

> - $550 for partners Edelman (thirty-seven years of experience), Combs (thirty-seven years), and Latturner (fifty-one years);

> - $505 for partner Goodwin (twenty-two years);

- $445 for partner Julie Clark (thirteen years);

- $400 for partner Heather Kolbus (eleven years);

- $355 for a partner with ten years experience;

- $230 to $290 for associates; and

- $100 to $125 for paralegals.

*See Quazi v. Lizetty and Assoc. Grp. LLC*, Case No. 13 C 4512, dkt. no. 19-5 (affid. of Daniel Edelman). This Court's own experience in dealing with fee awards (mostly agreed-upon awards) in consumer cases is generally consistent with a range bracketed on the higher end by the hourly rates proposed for lawyers from the Edelman firm in the *Quazi* case and, at the lower end, with the awards approved by Judges Der-Yeghiayan, Coar, and Gettleman in the cases cited earlier. The latter are, at this point, several years old, indicating that they may not actually represent appropriate current rates. . . .

5.      I am reasonably confident that the rates are accurate, based on my personal knowledge of rates in the legal community, court awards, negotiations with defendants, and discussions with other attorneys.

6.      The usual rates which I and the others in my firm charge at the present time are as follows:

       a.      Cathleen Combs, Daniel Edelman, and James Latturner (partners):  $700 an hour;

       b.      Julie Clark (partner):  $500 an hour;

       c.      Heather Kolbus (partner): $500 an hour;

       d.      Associates: $230 to 250 an hour;

       e.      Paralegals:  $125 an hour.

7.      All attorneys and legal assistants in my firm are required to and do in fact keep track of their time on a contemporaneous basis, on computer. Everyone enters their time into a computer program, by case number. The computer system automatically sorts the entries by case and generates totals. Expenses are entered into the same computer program as they are incurred.

8.     The table below reflects the time spent by me and my associates of our firm prosecuting this case.

a.  Fees:

| Name | Title | Hourly Rate | Time Spent | Total Billed |
|------|-------|-------------|------------|--------------|
| Cathleen M. Combs | Partner | $700.00 | 254.30 | $178,010 |
| Daniel A. Edelman | Partner | $700.00 | 13 | $9,100 |
| James O. Latturner | Partner | $700.00 | 6.2 | $4,340 |
| Michelle R. Teggelaar | Partner | $500.00 | .8 | $400 |
| Heather A. Kolbus | Partner | $500.00 | 13.5 | $6,750 |
| Julie Clark | Partner | $500.00 | 7.2 | $3,600 |
| Francis R. Greene | Partner | $500.00 | 0.10 | $50 |
| Catherine C Charpie | Associate | $290.00 | 44 | $12,760 |
| Emiliya G. Farbstein | Associate | $230.00 | 25.2 | $5,796 |
| Michelle A. Alyea | Associate | $230.00 | 1 | $230 |
| Sharon G. Nissim | Associate | $230.00 | 16.30 | $3,749 |
| Paralegals | Associate | $125.00 | 17.7 | $2,212.50 |
| | | | **Total Fees** | **$260,717.50** |

b.  Expenses:

| Description | Total |
|-------------|-------|
| Deposition Related Expenses | **$1,389.15** |
| Travel Expenses | **$2,666.52** |
| Other Expenses | **$890.45** |
| | **Total Expenses: $4,946.12** |

Executed at Chicago, Illinois.

*/s/Cathleen M. Combs*
Cathleen M. Combs

**EDELMAN, COMBS, LATTURNER
        & GOODWIN, LLC**
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)