# Exhibit E

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

SUEANN SWANEY, on behalf of
Plaintiff and the class defined below,

    Plaintiff,

v.

REGIONS BANK,
    Defendant.

CIVIL ACTION NO. 2:13-cv-00544-JHE

Class Action

## DECLARATION OF AMANDA J. ALLEN

I, Amanda J. Allen, pursuant to 28 U.S.C. §1746, declare as follows:

1. My name is Amanda J. Allen and I am over the age of 18.

2. I am an attorney duly admitted to practice law in the State of Florida, State of New Jersey and State of Pennsylvania. I am a member of good standing of the Florida bar, Pennsylvania bar, New Jersey bar, the Eleventh Circuit, the U.S. District Court Southern District of Florida, U.S. District Court Northern District of Florida, U.S. District Court Middle District of Florida, U.S. District Court Middle District of Pennsylvania, U.S. District Court District of New Jersey.

3. I am a member of the National Association of Consumer Advocates and I received my Juris Doctorate from Villanova Law School.

4. I practice in the area consumer class action and individual consumer rights cases, and have practiced in this area for the past 8 years.

5. I am a partner of The Consumer Protection Firm, PLLC., and we help individuals nationwide who are victims of harassing and abusive collection tactics specializing in holding banks, debt collectors and other financial institutions accountable for illegal "robo-dialing" campaigns, in violation of the Telephone Consumer Protection Act ("TCPA"). We also litigated numerous of other consumer rights lawsuits including: Fair Debt Collection Practice Act

("FDCPA"), Fair Credit Reporting Act ("FCRA"), Unfair and Deceptive Trade Practices, Illegal Tape Recordings, Civil Theft, Fraud, Florida Consumer Collection Practices Act ("FCCPA") and Intentional Infliction of Emotional Distress claims.

6. I have given seminars and presentations concerning consumer rights and have recently been asked to speak at this year's National Consumer Law Center's (NCLC) conference in March.

7. Some of my notable rulings include:

   i) *McCaskill v. Navient and Student Assistance Corporation,* 178 F. Supp. 3d 1281 (M.D. Fla. 2016). *One of the largest individual TCPA summary judgement* Orders requiring defendants to pay $363,500 for robo-calling 727 times without "express consent."

   ii) *Williams v. Educational Credit Management,* 88 F.Sup.3d 1338 (M.D.Fla. 2015). Order finding the dispute notice provision and illegitimate collection provision of the FCCPA was not preempted by the HEA.

   iii) *Buchholz v. Valarity, LLC,* 2014 WL 5849434 (E.D.Mo). Lead counsel in a case of first impression recognizing the availability of oral revocation under the TCPA.

   iv) *Neptune v. Whetstone Partners, LLC, d/b/a eTitleLoan*, 2014 WL 3734549 (S.D.Fla). Order recognizing sufficiency of pleading requirements in TCPA and FCCPA where Defendant called Plaintiff 45 times, using prerecorded messages to collect a debt not yet owed.

   v) *Freeman v. SmartPay Leasing, LLC,* 771 F. App.x 926 (11th Cir. 2019). Lead Counsel in an appeal which, following oral argument, the 11th Circuit affirmed the District Court's Order finding the Defendant acted inconsistently with its contractual right to arbitrate, breached its own arbitration agreement and therefore waived its right to proceed in arbitration.

   vi) *Jaquita Lyons v. Dish Network, LLC*, M.D. Florida, 3:12-cv-199-J-32MCR, counsel in one of the only Orders standing for the proposition that punitive damages are available in TCPA cases.

vii) *Odums v. United Recovery Solutions, LLC.*, United States District Court, Middle District of Florida, No. 8:17-cv-1677-T-26TBM. Order awarding judgment in favor of the Plaintiff for willful and knowing violations of the TCPA.

8. I have served as Plaintiff's counsel in the following TCPA class actions:

   a. *Cook and Bermudez v. Palmer, Reifler, & Associates, and Wal-Mart Stores, Inc.*, United States District Court for the Middle District of Florida, Case No. 3:16-cv-00673-BJD-JRK.

   b. *Clark v. Macy's Credit and Customer Services, Inc.*, United States District Court, Middle District of Florida, Orlando Division, Case No: 6:17-cv-692;

   c. *Sliwa v. Bright House Networks, LLC and Advanced Telesolutions, Inc.*, United States District Court, Middle District of Florida, Fort Myers Division, Case No.: 2:16-cv-00235;

   d. *Glasser v. Hilton Grand Vacations*, United States District Court, Middle District of Florida, Tampa Division, Case No. 8:16-cv-00952.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 10th day of February, 2020, at Tampa, Florida.

/s/Amanda J. Allen
AMANDA J. ALLEN, ESQ