# Exhibit F

UNITED STATES DISTRICT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

SUEANN SWANEY, on behalf of
Plaintiff and the class defined below,

    Plaintiff,

v.                                CIVIL ACTION NO: 2:13-cv-00544-JHE

REGIONS BANK,

    Defendant.
_____/

## DECLARATION OF CHARLES M. SCHROPP

I, Charles M. Schropp, pursuant to 28 U.S.C. §1746, declare as follows:

1. My name is Charles M. Schropp, and I am over the age of eighteen (18).

2. I am an attorney duly admitted to practice law in the State of Florida and have been since 2002. I am also licensed to practice in the Middle District of Florida and before the Eleventh Circuit Court of Appeals.

3. I began my legal career as a law clerk at the Florida Second District Court of Appeal working for the Honorable Charles T. Canady, who is presently Chief Justice of the Florida Supreme Court.

4. Following this clerkship, I obtained experience in complex product liability litigation by working at the Law Offices of Howard Acosta, assisting with ground-breaking litigation against tobacco companies against injured smokers. My work in this area not only involved work at the trial level, but also on appeal. Particularly important was my work in *Philip Morris USA, Inc. v. Arnitz*, 933 So. 2d 693, 695 (Fla. 2d DCA 2006), an appeal which established that a smoker could acknowledge his or her own partial responsibility for associated smoking injuries, something that was crucial for credibility before a jury and which tobacco companies had desperately sought to preclude by absolutely refusing to plead comparative negligence.

5. In 2008, I had the pleasure of starting with my father a law firm that focuses on insurance coverage and appellate practice, Schropp Law Firm, P.A. Shortly after founding this firm, I made the acquaintance of Mr. Howard, then the head of the consumer protection department at Morgan & Morgan, P.A., and successfully assisted him in several appeals relating to consumer protection matters. These cases included *Green Tree Servicing, LLC v. McLeod*, 15 So. 3d 682 (Fla. 2d DCA 2009), *Desmond v. Accounts Receivable Mgmt., Inc.*, 72 So. 3d 179 (Fla. 2d DCA 2011), and *Strominger v. AmSouth Bank*, 991 So. 2d 1030 (Fla. 2d DCA 2008).

6. As a result of this very successful appellate relationship, Mr. Howard later requested my assistance in addressing certain recurring issues in his developing Telephone Consumer Protection Act ("TCPA") practice. Specifically, Mr. Howard felt that issues concerning revocation of consent for autodialed calls and what constituted an Automatic Telephone Dialing System ("ATDS") were rapidly evolving and likely to be the subject of future appeals by his firm before the Eleventh Circuit.

7. Because my insurance coverage and appellate responsibilities as Schropp Law Firm, P.A., made it impractical for me to directly represent Mr. Howard's numerous clients at the trial level, Mr. Howard and I established an agreement that I would, upon request, provide legal research and writing services to Morgan & Morgan, P.A., on a non-contingent, contractual basis for certain key proceedings in various cases that related to the aforementioned TCPA issues. When Mr. Howard later left Morgan & Morgan, P.A., and started the Consumer Protection Firm, P.A., my relationship remained established with his new firm.

8. It was through this continuing relationship that I was asked to provide services in the instant case. As the Court is aware, this case by happenstance ended up being on the vanguard of the ATDS issue in the Eleventh Circuit, with the briefing here pertaining to important developments such as the 2015 FCC Order and the *ACA International* decision being some of the

first to occur in the Eleventh Circuit. It was my pleasure and privilege to be asked for input on such important matters.

9. While much of the notable work in my more than 15 years of private practice has of course focused on insurance matters, I nonetheless have a considerable amount of relevant experience in consumer protection matters such as the case at bar. For example, I assisted Mr. Howard with the *Zyburo*, *McCaskill*, *Lyons*, *Page*, *Conigilio, Clark,* and *Glasser* cases, among others, listed in his declaration. I also provided drafting assistance concerning briefing materials that led to the decisions in *Ammons v. Ally Fin., Inc.*, 326 F. Supp. 3d 578, 587 (M.D. Tenn. 2018) and *Patterson v. Ally Fin., Inc.*, No. 3:16-CV-1592-J-32JBT, 2018 WL 647438 (M.D. Fla. Jan. 31, 2018). I am also counsel of record in two Eleventh Circuit TCPA-related appeals, *Medley v. Dish Network, LLC*, Case No 18-13841 and *Freeman v. Smartpay Leasing, LLC.,* No. 18-10380.

Respectfully submitted,

 /s/Charles M. Schropp
Charles M. Schropp
Florida Bar Number: 583227
Schropp Law Firm, P.A.
2309 S. MacDill Avenue, Suite 101
Tampa, Florida 33629
Telephone: (813) 418-3320
Facsimile: (813) 418-3321
Email: charles@schropplaw.com
        ginny@schropplaw.com
Counsel for Plaintiff