FILED
2020 May-01 PM 04:27
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit A

| | |
|---|---|
| SUEANN SWANEY )<br>)<br>Plaintiff, )<br>)<br>-v- )<br>)<br>REGIONS BANK, )<br>)<br>Defendant. ) | CIVIL ACTION NO.<br>2:13-CV-00544-RDP |

**DECLARATION OF AMERICAN LEGAL CLAIM SERVICES, LLC
REGARDING DUE DILIGENCE IN NOTICE DISSEMINATION**

I, Keith Salhab, declare as follows:

1. I am a competent adult, over the age of twenty-one, and this declaration is based on my personal knowledge.

2. I am an employee of American Legal Claim Services, LLC ("ALCS"). ALCS was selected and approved by the Court, to serve as the Settlement Administrator to send Class Notice and to otherwise comply with the provisions set forth in the Settlement Agreement and the Order Granting Preliminary Approval of Class Action Settlement. I was principally responsible for overseeing the dissemination of Notice to class members, claims processing, exclusion processing, and all other matters the required by the Court as Settlement Administrator.

3. **CAFA Noticing**. On November 22, 2019, ALCS mailed a Notice of Proposed Class Action Settlement Under 28 U.S.C. § 1715 ("CAFA Notice") to the attorneys general of 50 states plus the territory of Puerto Rico, the Attorney General of the United States, the District of Columbia's Corporate Counsel, the Attorney General for Guam, the Attorney General for American Samoa, the Attorney General for the US Virgin Islands, and the Attorney General for the Northern Mariana Islands, via certified mail through the US Postal Service. The CAFA Notice package contained a cover letter on behalf of the Defendants as well as a CD-ROM that included the following: (1) the Class Action Complaint; (2) Defendant's Answer to Class Action Complaint; (3) First Amended Complaint; (4) Second Amended Complaint (5) Defendant's Answer and Affirmative Defenses to Second Amended Complaint; (6) Defendant's Amended Answer and Affirmative Defenses to Second Amended Complaint; (7) Notice of Settlement; (8) Settlement Agreement; (9) Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement; and (10) Estimated Percentage of Class Members Per State as of November 22, 2019.

4. **Data Preparation and Analysis**. Defense Counsel provided ALCS with two spreadsheets representing the Settlement Class. The first spreadsheet originated from Fiserv and contained 80,055 records of texts placed between the beginning of the Class Period and January 2019. The second spreadsheet originated from Regions bank and contained 5,793 records of texts placed between January 2019 and the end of the Class Period. Based upon representation of Defense Counsel, these two files contained records of texts that were placed during the class period to a

number for which Fiserv or Regions had a record of the owner of that number subsequently calling or texting asking they not be contacted by Regions at that number. The files were examined for duplicates and yielded 65,096 distinct phone numbers.

5. **Reverse Phone Lookup & Append**. Using the 65,096 distinct phone numbers, ALCS incorporated a data fusion solution that focused on the reverse lookup function to locate names and addresses that were associated with the telephone numbers. Through these efforts, ALCS was able to facilitate direct notice. ALCS partnered with a nationally recognized data fusion provider with decades of experience in the field to compare the list of 65,096 telephone numbers against its leading-edge, proprietary data repository to locate all respective name and addresses. After all respective names and addresses were identified, ALCS removed the Regions Bank customers identified in the spreadsheets. Through this process, ALCS was able to identify 69,128 names and addresses associated with the 65,096 distinct phone numbers.

6. **Settlement Class List Management.** ALCS prepared the class list that was used to send the Class Notice. The Class List contained names and addresses associated with 69,128 names and addresses. Throughout the noticing process, ALCS utilized several means of ensuring the most accurate addresses for class members. These methods included National Change of Address through the USPS, skip-tracing based on available information, and manual updates from class members and/or class counsel.

7. **USPS Noticing Campaign.** Per the Settlement Agreement, ALCS was to provide Court approved notices through direct means of the U.S. Postal Service ("USPS") and email as applicable. Pursuant to the Order Granting Preliminary Approval, on January 17, 2020, ALCS directed the Class Notice, substantially in the form approved by the Court, via USPS mail postage prepaid to all 69,128 names and addresses.

8. **Email Noticing Campaign**. Per the Settlement Agreement, on January 17, 2020, ALCS directed the Court approved Email Notice to be sent via email, to 35,708 email addresses associated with 13,550 individuals. As of the date of this declaration, 22,535 emails associated with 11,984 individuals were reported as delivered.

9. **Website**. Per the Settlement Agreement, on January 17, 2020, ALCS established a website at (www.tcpasettlementregionsbank.com) which contained a set of frequently asked questions and the long-form Class Notice. This website also allowed for individuals to view and download the Settlement Agreement, the Parties' operative pleadings, and motions relevant to the Settlement. This website also permitted Class Members who received a Postcard Notice to file a Claim Form electronically. Class Members were provided directions to access the website in Class Notices and through the telephone response unit. As of the date of this declaration, there have been 8,983 unique visitors to the website with 32,955 pageviews.

10. **Toll Free Telephone Number**. On or before January 17, 2020, ALCS established a dedicated toll-free phone number dedicated to answering telephone inquiries. As of the date of this declaration, the toll-free telephone number was called 1,178 times.

11. **Internet Noticing Campaign**. As a supplement to the direct noticing, the Settlement Agreement outlined indirect notice means to reach Class Members who were not known or reached as part of the USPS and email efforts. These efforts incorporated an internet advertising campaign. On February 4, 2020, ALCS launched a geo-targeted internet campaign using Google Display Ads to

12. **Returned Mail Processing**. ALCS processed all mail returned by the USPS that was undeliverable. A minority of the mail included an updated address provided by the USPS ("FOE"). For these, the Class Member addresses were updated, and the Settlement Notices were re-mailed to the updated address provided. The remainder of the mail returned by the USPS did not contain an updated address ("UAA"). For these, ALCS conducted address searches, on a weekly basis, using a nationally recognized location service to attempt to locate new addresses for these Class Members. Of the 69,128 Class Notices mailed, 13,785 were returned by the USPS of which 7,551 were re-mailed. Of those re-mailed, 2,074 have been returned by the USPS a second time. As of the date of this declaration, 8,308 notices are deemed undeliverable.

13. **Noticing Summary**. The following is a summary of the noticing, as of the date of this Declaration:

| Description | Volume (#) | Percentage of Class Members (%) |
|---|---|---|
| Total Number of Unique Individuals | 69,128 | 100.00% |
| | | |
| | | |
| **Notices Deemed Delivered:** | | |
| Received Mailed Notice | 49,292 | |
| Received Mailed Notice and Email Notice | 11,500 | |
| Received Email Notice | 484 | |
| | | |
| **Total Notices Received:** | 61,276 | 88.64% |
| | | |

14. **Claims Processing.** Pursuant to the Settlement, ALCS received and processed claim forms that were submitted. Claims could be submitted by returning a form provided by the Claims Administrator or submitting a claim online on the settlement website. For a claim to be valid and allowed, it 1) must be postmarked by April 20, 2020, the Claim Submission Deadline, and 2) must be completed with a signature. As of the date of this declaration, ALCS has received 3,542 Claims. Of the Claims processed by ALCS, 3,496 or 98.70% are valid and 46 or 1.30% were deemed invalid upon review. Of the 46 invalid Claims, 12 claims were invalid because they were late or untimely but otherwise valid, 5 claims were invalid because they were duplicative, 6 claims were invalid because they were submitted by class members not located on the class list, and 23 claims were invalid because they were missing a valid signature.

15. **Exclusion Processing.** The Class Notice directed Class Members who wish to be excluded from the settlement to mail their request for exclusion to ALCS by March 4, 2020. As of the date of this declaration, ALCS has received 4 requests for exclusions from the following class members: (1) CHELSEY GRAY, (2) JOSEPH W SELLERS, (3) DARRELL BATTLE, and (4) VINCENT E PARKER.

16. **Objection Processing.** The Class Notice directed Class Members who wish to object to the settlement to file their objections and any supporting papers with the Court, Class Counsel, and Defendants' Counsel by March 4, 2020. As of the date of this declaration, ALCS has not received any requests for objection and is not aware of any objections filed with the Court.

17. **Distribution Model.** The following model shows the mechanics of the distribution of settlement funds.

| PRELIMINARY DISTRIBUTION MODEL | |
|---|---|
| **Payee** | **Amount** |
| Maximum Settlement Amount: | $2,805,200.00 |
| Class Counsel Attorney Fees: | ($841,560.00) |
| Class Counsel Costs & Expenses: | ($35,327.51) |
| Service Award: | ($10,000.00) |
| | |
| Net Distribution Fund: | $1,918,312.49 |
| **Estimated First Distribution ($548.71 per Allowed Claim):** | **$1,918,290.16** |
| Unallocated Funds Due to Rounding: | $22.33 |

I declare under penalty of perjury pursuant to the laws of the State of Florida that the foregoing is true and correct to the best of my knowledge. Executed on April 30, 2020 at Jacksonville, Florida.

*Keith Salhab*
Keith Salhab

4