# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

SUEANN SWANEY, on behalf of
herself and all others similarly situated,

    Plaintiff,                               CIVIL ACTION NO. 2:13-cv-00544-JHE

v.

REGIONS BANK,                        CLASS ACTION

    Defendant.
_____/

## JOINT STATEMENT IN RESPONSE TO COURT'S ORDER OF MAY 1, 2020

Sueann Swaney, Plaintiff, and Regions Bank, Defendant, by and through their respective undersigned attorneys, submits this joint report to inform the Court that, unless the Court requires further briefing, neither party see a need to provide a reply to the briefs which each previously submitted in the response to the Court's order dated May 1, 2020 (Doc. 206).

Dated: May 20, 2020                                Respectfully submitted,

| | |
|---|---|
| */s/ Steven D. Allison* | */s/ John A. Yanchunis* |
| Steven D. Allison (admitted *pro hac vice*) | John A. Yanchunis (admitted *pro hac vice*) |
| Steven.allison@troutman.com | MORGAN & MORGAN |
| Samrah R. Mahmoud (admitted *pro hac vice*) | COMPLEX LITIGATION GROUP |
| Samrah.mahmoud@troutman.com | One Tampa City Center |
| Troutman Sanders LLP | 201 North Franklin Street, 7th Floor |
| 5 Park Plaza, Suite 1400 | Tampa, FL 33602 |
| Irvine, CA 92614 | Telephone: (813) 223-5505 |
| Telephone: (949) 622-2703 | Facsimile: (813) 222-4747 |
| | jyanchunis@forthepeople.com |
| *Attorneys for Defendant Regions Bank* | *Attorneys for the Class* |

42338329v1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this May 20, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to all attorneys of record in this matter.

                                                */s/ John Yanchunis*
                                                John Yanchunis