IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SUEANN SWANEY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 2:13-CV-00544-RDP |
| REGIONS BANK, | ) ) ) |
| Defendant. | ) |

## ORDER

This matter is before the court on the parties' Joint Motion for Cy Pres Distribution of Unclaimed Funds (Doc. # 215). The Motion (Doc. # 215) is **GRANTED**. The Settlement Administrator is **DIRECTED** to distribute in equal parts the remaining funds, approximately $12,590.56, to the Alabama Civil Justice Foundation and the Alabama Law Foundation.

**DONE** and **ORDERED** this October 14, 2021.

R. DAVID PROCTOR
UNITED STATES DISTRICT JUDGE